IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JENNIFER N. TAYLOR, ) | |
| ) | |
| v. ) | 3:09-1151 |
| ) | |
| MICHAEL J. ASTRUE, Commissioner of ) | |
| Social Security. ) | |
| ) | |

**O R D E R**

Before the Court is the Report and Recommendation of Magistrate Judge Brown in which he recommends denial of the Plaintiff's Motion for Judgment on the Administrative Record and affirmance of the decision of the Commissioner. The Plaintiff has timely filed objections thereto and the Commissioner has filed a response.

The Plaintiff objects to an alleged failure to accurately identify Plaintiff's severe impairments.. This objection is without merit as both the Administrative Law Judge and the Magistrate Judge properly applied the five-step valuation process and found severe impairments at Step 2 necessary to proceed through the valuation process.

Plaintiff objects to the evaluation of the medical evidence. Both the Administrative Law Judge and the Magistrate Judge properly evaluated the medical evidence which provided substantial support for the decision and recommendation.

Plaintiff objects to the Administrative Law Judge's failure to consider Plaintiff's work record in arriving at a credibility determination. The Administrative Law Judge found the Plaintiff's complaints to be overstated and listed reasons for a finding of lack of credibility. This objection is without merit.

Substantial evidence supports the decision of the Commissioner and the Report and Recommendation of the Magistrate Judge. The Plaintiff's Motion for Judgment on the Administrative Record, Document #16, is DENIED, and the Commissioner's decision is AFFIRMED and the case is DISMISSED.

It is so **ORDERED**.

_____
Thomas A. Wiseman, Jr.
Senior U.S. District Judge